# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) JANET MILLER, individually, and as Wife and next of kin of GEORGE MILLER, deceased, )
)
)
)
)
Plaintiff, )
)
v. ) Case No. CIV-15-165-HE
)
(1) ST. PAUL FIRE & MARINE INSURANCE COMPANY, )
(2) JOHN DOE 1, an Individual, and )
(3) JOHN DOE 2, a Commercial Enterprise; )
)
Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Janet Miller, individually and as wife and next of kin of George Miller, deceased, and Defendant St. Paul Fire & Marine Insurance Company, and, pursuant to Fed. R. Civ. P. 41(a), stipulate the above-captioned cause may be dismissed with prejudice for the reason that the parties have reached a compromise settlement covering all claims.

Respectfully submitted,

s/Gary B. Homsey
Gary B. Homsey, OBA #4339
Ashley S. Manning, OBA #30257
HOMSEY LAW CENTER
4816 Classen Boulevard
Oklahoma City, OK 73118
Telephone:   (405) 843-9923
Facsimile:   (405) 848-4223
Email: gbh@homseylawcenter.com
*Attorney for Plaintiff*

and

s/Derrick T. DeWitt
Derrick T. DeWitt, OBA #18044
Melanie K. Christians, OBA #30846
NELSON TERRY MORTON DeWITT
  PARUOLO & WOOD
P.O. Box 138800
Oklahoma City, Oklahoma  73113
Telephone:   405/705-3600
Facsimile:    405/705-2573
dewitt@ntmdlaw.com
mchristians@ntmdlaw.com
*Attorneys for Defendant St. Paul Fire & Marine Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of July, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Derrick T. DeWitt, OBA #18044
Melanie K. Christians, OBA #30846
NELSON TERRY MORTON DeWITT
  PARUOLO & WOOD
P.O. Box 138800
Oklahoma City, Oklahoma  73113
Telephone:   405/705-3600
Facsimile:    405/705-2573
dewitt@ntmdlaw.com
mchristians@ntmdlaw.com
*Attorneys for Defendant St. Paul Fire & Marine Insurance Company*

s/Gary B. Homsey